1 DAVID L. ANDERSON (CABN 149604)
United States Attorney

2

3 HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

4 KEVIN RUBINO (CABN 25677)
Assistant United States Attorney

5

6     450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7291

7     FAX: (415) 436-7234
    Kevin.Rubino@usdoj.gov

8

Attorneys for United States of America

9

10                       UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                            SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA, ) NO. 20-MJ-71218
                                         )

14     Plaintiff, ) STIPULATION AND [PROPOSED] ORDER
                                         ) CONTINUING HEARING, EXCLUDING TIME

15   v. ) AND EXTENDING THE DEADLINES UNDER
                                         ) THE SPEEDY TRIAL ACT

16 DARRIOUS YORK, )
                                         )

17     Defendant. )
                                         )

18

19        On September 10, 2020, the parties appeared for a detention hearing in this matter and scheduled

20 a status on preliminary hearing for September 17. It is hereby stipulated by and between counsel for the

21 United States and counsel for the defendant, Darrious York, that the status on preliminary hearing set for

22 September 17, 2020 at 10:30 a.m. be vacated and the matter rescheduled for October 15, 2020 at 10:30

23 a.m. The reason for this request is that the government is producing additional discovery that the

24 defendant needs time to review and consider.

25        Based on the foregoing, the parties stipulate and agree that vacating the status on preliminary

26 hearing on September 17, 2020 and rescheduling it for October 15, 2020 will allow for the effective

27 preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that

28 the ends of justice served by excluding the time through October 15, 2020 from computation under the

STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME AND EXTEND DEADLINES
Case No. 20-MJ-71218                                                                                             v. 7/10/2018

Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: September 14, 2020

/s/
KEVIN RUBINO
Assistant United States Attorney

DATED: September 14, 2020

ELISSE LAROUCHE
Counsel for Defendant Darrious York

STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME AND EXTEND DEADLINES
Case No. 20-MJ-71218                                                           v. 7/10/2018

**[~~PROPOSED~~] ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from September 10, 2020 through October 15, 2020 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from September 10, 2020 through October 15, 2020 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that:

1. the status on preliminary hearing in this matter currently scheduled for September 17, 2020 will be vacated and the matter reset for October 15, 2020 at 10:30 a.m.; and

2. the time from September 10, 2020 through October 15, 2020 shall be excluded from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1. 18 U.S.C. § 3161(h)(7)(A), (B)(iv); Fed R. Crim. P. 5.1(d).

IT IS SO ORDERED.

DATED: September 16, 2020

*Virginia K. DeMarchi*
~~THE HONORABLE THOMAS S. HIXSON~~
United States Magistrate Judge
VIRGINIA K. DEMARCHI

STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME AND EXTEND DEADLINES
Case No. 20-MJ-71218                                                                                   v. 7/10/2018